IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VALERIE HAYS BROWN,
FORMER WIFE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D17-1568

v.

TED K. BROWN, FORMER
HUSBAND,

     Appellee.

_____/

Opinion filed June 7, 2017.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Jeanine B. Sasser, Jacksonville, for Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., CONCUR.